IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **VALEDIA GROSS** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-17-0448 |
| **MORGAN STATE UNIVERSITY, et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Now pending before the Court is the Plaintiff's MOTION FOR CLERK'S ENTRY OF DEFAULT FOR WANT OF ANSWER (ECF No. 9), the Defendants' MOTION FOR EXTENSION OF TIME FOR LEAVE TO FILE LATE ANSWER (ECF No. 11), the Plaintiff's MOTION TO STRIKE (ECF No. 12), and the Plaintiff's RESPONSE TO MOTION REGARDING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY (ECF No. 13).

Almost all of these pleadings relate to a single, simple question: should the Court permit the Defendants to late-file their answers in this case. Pursuant to Rule 6(b), Federal Rules of Civil Procedure, and having reviewed the Defendants' submission (ECF No. 11), the Court FINDS GOOD CAUSE and therefore extends the deadline for the filing of the answer(s) until April 20, 2017. Accordingly, the MOTION FOR CLERK'S ENTRY OF DEFAULT (ECF No. 9) is DENIED. Further, the MOTION TO STRIKE (ECF No. 12) is DENIED, EXCEPT the Court reserves ruling on the question of whether the Defendants' affirmative defenses should be stricken, and on this sole question the Defendants shall respond to the Motion on or before June 12, 2017. The RESPONSE TO MOTION (ECF No. 13) contains no new requests for relief and,

accordingly, to the extent that it does seek relief, it is DENIED. Finally, the MOTION FOR EXTENSION OF TIME FOR LEAVE TO FILE LATE ANSWER OF DEFENDANTS (ECF No. 11) is GRANTED.

DATED this 25th day of May, 2017.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge