UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES MAGISTRATE JUDGE
MDD_SAGchambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812

October 31, 2017

Valedia Gross
4018 Carlisle Avenue
Baltimore, MD 21216
xg3002@yahoo.com
*Pro Se*

Catherine A Bledsoe
Office of the Attorney General
Educational Affairs Division
200 Saint Paul Place
Baltimore, MD 21202
cbledsoe@oag.state.md.us
*Attorney for Defendant*

**VIA USPS, CMECF & EMAIL**

RE: *Valedia Gross v. Morgan State University, et.al.*
Civil Case No. JKB-17-448

Dear Ms. Gross and Ms. Bledsoe:

On October 30, 2017, the above-referenced case was referred to me to review the parties' discovery disputes and related scheduling matters pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 301. [ECF No. 49]. Defendant's Motion to Require Plaintiff to Appear for Deposition, [ECF No. 48], was filed on October 27, 2017. Plaintiff, Valedia Gross, should file her response to this Motion by the close of business on **Thursday, November 2, 2017**. Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States Magistrate Judge